■ In the Matter of DeLaurie Associates, Petitioner, v Raymond P. Martinez, as Commissioner of the New York State Department of Motor Vehicles, Traffic Violations Bureau, Respondent. [782 NYS2d 428]—

Determination of respondent dated December 23, 2002, which affirmed the findings of an Administrative Law Judge, made after a hearing, that petitioner had violated the length and weight provisions of the New York City Traffic Rules and Regulations, and imposed a penalty, unanimously confirmed, the petition denied and the proceeding (transferred to this Court by order of Supreme Court, Bronx County [Alexander W. Hunter, Jr., J.], entered on or about August 13, 2003) dismissed, without costs.

The determination that petitioner's vehicle was oversized and overweight in violation of 34 RCNY 4-15 (b) (3) and (9) is supported by substantial evidence. Petitioner waived its jurisdictional objections when it appeared and challenged the charges against it at the administrative hearing (*Matter of Clinton Ave. Constr. Corp. v Martinez*, 8 AD3d 273 [2004]). In any event, service of the summonses upon petitioner's driver was sufficient to obtain personal jurisdiction over petitioner (Vehicle and Traffic Law § 385 [20-a]; *see Matter of IESI NY Corp. v Martinez*, 8 AD3d 667 [2004]). Concur—Tom, J.P., Williams, Friedman, Marlow and Sweeny, JJ.